TROY LAW, PLLC
*Attorneys for the Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
JUAN ALMAZO-RAMIREZ,
ERIK SUAREZ, and
NICK GIOULES,
*on behalf of themselves and others similarly situated,*
                                        Plaintiffs,

v.

BUENA VIDA PHARMACY, INC.,
JACKSON HEIGHTS PHARMACY INC.,
LA GRAN FARMACIA INC.,
THE TRUMP PARMACY INC.,
NUEVA LUZ PHARMACY II INC,
ABRAHAM E. VARGAS
       a/k/a Abraham Vargas, and
SARAH ROSE VARGAS
       a/k/a Sarah R. Vargas
       a/k/a Sarah Vargas,
                                        Defendants.
-----------------------------------------------------------------x

**Case No:** 21-cv-02678 (ARR) (ST)

**NOTICE OF ACCEPTANCE OF DEFENDANTS OFFER OF JUDGMENT PURSUANT TO RULE 68**

   PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs JUAN ALMAZO-RAMIREZ, ERIK SUAREZ, and NICK GIOULES, through their undersigned counsel, hereby accept and provide notice that they have accepted Defendants BUENA VIDA PHARMACY, INC., JACKSON HEIGHTS PHARMACY INC., LA GRAN FARMACIA INC., THE TRUMP PARMACY INC., NUEVA LUZ PHARMACY II INC, ABRAHAM E. VARGAS a/k/a Abraham Vargas, and SARAH ROSE VARGAS a/k/a Sarah R. Vargas a/k/a Sarah Vargas (*Collectively Defendants*) Offer of Judgment to Plaintiffs dated January 31, 2022, attached hereto as Exhibit A.

 Dated: Flushing, New York
        February 7, 2022

                                    TROY LAW, PLLC
                                    *Attorney for the Plaintiffs*

                                    /s/John Troy
                                    John Troy (JT0481)

TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiff*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

JUAN ALMAZO-RAMIREZ,
ERIK SUAREZ, and
NICK GIOULES,
*on behalf of themselves and others similarly situated,*
                                        Plaintiffs,

v.

BUENA VIDA PHARMACY, INC.,
JACKSON HEIGHTS PHARMACY INC.,
LA GRAN FARMACIA INC.,
THE TRUMP PARMACY INC.,
NUEVA LUZ PHARMACY II INC,
ABRAHAM E. VARGAS
      a/k/a Abraham Vargas, and
SARAH ROSE VARGAS
      a/k/a Sarah R. Vargas
      a/k/a Sarah Vargas,
                              Defendants.
-----------------------------------------------------------------x

**Case No:** 21-cv-02678 (ARR) (ST)

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Dated: Flushing, New York
       February 7, 2022

                                        TROY LAW, PLLC
                                        *Attorney for the Plaintiff*

                                          /s/      John Troy
                                        John Troy (JT0481)