

TROY LAW, PLLC
*Attorneys for the Plaintiff*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:  (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| JUAN ALMAZO-RAMIREZ, ERIK SUAREZ, and NICK GIOULES, on behalf of themselves and others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> BUENA VIDA PHARMACY, INC., JACKSON HEIGHTS PHARMACY INC., LA GRAN FARMACIA INC., THE TRUMP PARMACY INC., NUEVA LUZ PHARMACY II INC, ABRAHAM E. VARGAS <br>    a/k/a Abraham Vargas, and <br> SARAH ROSE VARGAS <br>    a/k/a Sarah R. Vargas, <br>    a/k/a Sarah Vargas, <br> Defendants. | **Case No:** 21-cv-02678 (ARR) (ST) <br><br> **PROPOSED JUDGMENT** |

-----------------------------------------------------------------x

The Honorable **Allyne R. Ross**, District Judge:

Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants BUENA VIDA PHARMACY, INC., JACKSON HEIGHTS PHARMACY INC., LA GRAN FARMACIA INC., THE TRUMP PARMACY INC., NUEVA LUZ PHARMACY II INC, ABRAHAM E. VARGAS a/k/a Abraham Vargas, and SARAH ROSE VARGAS a/k/a Sarah R. Vargas a/k/a Sarah Vargas, having offered to allow judgment be taken against them by consent jointly and severally by Plaintiffs JUAN ALMAZO-RAMIREZ, ERIK SUAREZ, and NICK GIOULES, in this action for a sum of **One Hundred Seventy Thousand Dollars ($170,000.00)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this

action or that consent Plaintiffs JUAN ALMAZO-RAMIREZ, ERIK SUAREZ, and NICK GIOULES suffered any damage; Plaintiffs JUAN ALMAZO-RAMIREZ, ERIK SUAREZ, and NICK GIOULES, through John Troy, Troy Law PLLC, on having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated January 31, 2022, and the matter having come before this Court, the Court now renders its Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of **One Hundred Seventy Thousand Dollars ($170,000.00), jointly and severally** against Defendants BUENA VIDA PHARMACY, INC., JACKSON HEIGHTS PHARMACY INC., LA GRAN FARMACIA INC., THE TRUMP PARMACY INC., NUEVA LUZ PHARMACY II INC, ABRAHAM E. VARGAS a/k/a Abraham Vargas, and SARAH ROSE VARGAS a/k/a Sarah R. Vargas a/k/a Sarah Vargas; now concurrently with the service of offer of judgment, Defendants have delivered the Judgement amount to Troy Law, PLLC in the form of bank check from SARAH ROSE VARGAS a/k/a Sarah R. Vargas a/k/a Sarah Vargas payable to "Troy Law, PLLC as attorneys for JUAN ALMAZO-RAMIREZ, ERIK SUAREZ, and NICK GIOULES," for deposit into the attorney escrow account of Troy Law, PLLC, counsel for Plaintiffs. The Judgment amount shall now be released by the Plaintiffs' Counsel from the escrow account and shall make the payments as follows:

1. A sum of $70,000.00 payable to Plaintiffs JUAN ALMAZO-RAMIREZ, ERIK SUAREZ, and NICK GIOULES for all damages, losses, and interest incurred by Plaintiffs through this date, including but not limited to any claims Plaintiffs may have for monetary damages, back pay, front pay, liquidated damages, penalties, prejudgment interest and all other damages, whether monetary or equitable; and
2. A sum of $100,000.00 payable to Troy Law, PLLC for reasonable attorney's fees, costs, and expenses.

Dated: 2/9/2022 /s/ Allyne R. Ross

U.S.D.J.